UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Ryan Costello, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 16-CV-10673-GAO |
| | * | |
| Whole Foods Market Group, Inc. et al, | * | |
| | * | |
| Defendant. | * | |

ORDER OF DISMISSAL

August 8, 2016

O'Toole, D.J.

Pursuant to the Court's Opinion and Order [34] filed on August 8, 2016, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge